1
2
3
4
5
6
7
8
9
10
11
12
13
14

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Robert W. Herman, | Case No.: 3:19-cv-00507-LRH-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR** |
| | **DISMISSAL WITH PREJUDICE** |
| Experian Information Solutions, Inc., | |
| Defendant. | |

Plaintiff Robert W. Herman, by counsel, and Defendant Experian

Information Solutions, Inc., by counsel, hereby stipulate and agree that all matters

herein between them have been compromised and settled, and that Plaintiff's cause

against Defendant Experian Information Solutions, Inc. should be dismissed, with

prejudice, with each party to bear its own costs and attorneys' fees.


Respectfully submitted,

Dated:  August 11, 2020


_s/Thomas J. Lyons Jr._                    _s/Andrew J. Sharples_

Craig B. Friedberg, Esq.                   Jennifer L. Braster
LAW OFFICES OF CRAIG B.                    Nevada Bar No. 9982
FRIEDBERG, ESQ.                            Andrew J. Sharples
4760 South Pecos Road, Suite 103           Nevada Bar No. 12866
Las Vegas, NV 89121                        NAYLOR & BRASTER
Telephone: (702) 435-7968                  1050 Indigo Drive, Suite 200
Email: attcbf@cox.net                      Las Vegas, NV 89145
                                           Telephone: (702) 420-7000
Thomas J. Lyons Jr., Esq.                  Facsimile: (702) 420-7001
*(Admitted Pro Hac Vice)*                  jbraster@nblawnv.com
CONSUMER JUSTICE CENTER                    asharples@nblawnv.com
P.A.
367 Commerce Court                         Katherine A. Neben
Vadnais Heights, MN 55127                  JONES DAY
Telephone: (651) 770-9707                  3161 Michelson Drive
Facsimile: (651)704-0907                   Irvine, CA 92612
tommy@consumerjusticecenter.com            949-851-3939
                                           Fax: 949-553-7539
**Attorneys for Plaintiff**                Email: kneben@jonesday.com

                                           **Attorneys for Defendant Experian**
                                           **Information Solutions Inc.**

1

**<u>ORDER</u>**

2

IT IS SO ORDERED that the above matter is hereby dismissed with

3

prejudice with each party to bear its own costs and attorneys' fees.

4

5

6

DATED this 13th day of August, 2020.

7

8

_____

9

LARRY R. HICKS

10

UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28